# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

AIG SPECIALTY INSURANCE COMPANY,

        Plaintiff,

   v.                                   **Case No. 22-cv-20272-DLG**

ACCELLION, INC.,

        Defendant.

## NOTICE OF SETTLEMENT

Plaintiff AIG Specialty Insurance Company ("AIG Specialty") and Defendant Accellion, Inc. ("Accellion"), by and through their undersigned counsel, hereby notify the Court that they have reached a settlement of all claims for damages between Accellion and AIG Specialty. The parties are working on a Stipulated Order of Dismissal with Prejudice.

Dated: December 15, 2022

**GORDON REES SCULLY MANSUKHANI**

By:    */s/Chantel C. Wonder*
       Chantel C. Wonder
       Florida Bar No.: 0087601
       cwonder@grsm.com
       Miami Tower
       100 SE Second Street, Suite 3900
       Miami, FL 33131
       Tel:  (Direct) 305-428-5309

       Scott L. Schmookler *(Pro Hac Vice)*
       sschmookler@grsm.com
       Katherine A. Musbach *(Pro Hac Vice)*
       kmusbach@grsm.com
       Emily A. Miller *(Pro Hac Vice)*

emiller@grsm.com
One North Franklin, Suite 800
Chicago, IL 60606
Telephone:  (312) 980-6798

*Counsel for Plaintiff*

**BILZIN SUMBERG BAENA
PRICE & AXELROD LLP**

  */s/ Benjamin Mitchel*
 Mitchell E. Widom
 Benjamin A. Mitchel
 1450 Brickell Ave
 Suite 2300
 Miami, Florida 33131-3456
 Tel: (305) 375-6127
 mwidom@bilzin.com
 bmitchel@bilzin.com
 eservice@bilzin.com
 etrujillo@bilzin.com
 asolis@bilzin.com

*Counsel for Defendant Accellion, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on December 15, 2022, I electronically filed the forgoing with the

Clerk of Court using CM/ECF, through which the document will be served on all counsel of record

through transmission of Notices of Electronic Filing generated by CM/ECF.


By:     */s/Benjamin Mitchel*
        Benjamin A. Mitchel
        1450 Brickell Ave
        Suite 2300
        Miami, FL 33131
        Tel: (305) 375-6127
        *Counsel for Defendant Accellion, Inc.*

3