UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| AIG SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ACCELLION, INC.,<br>Defendant. | Case No. 22-cv-20272-DLG |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

WHEREAS, Plaintiff AIG Specialty Insurance Company ("AIG Specialty") sued Defendant Accellion, Inc. ("Accellion") in the above-captioned action (the "Action").

WHEREAS, pursuant to Florida Statute § 768.79 and Florida Rule of Civil Procedure 1.442, AIG Specialty agreed to voluntarily dismiss all claims in the Action with prejudice.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED BETWEEN AIG SPECIALTY AND ACCELLION, BY AND THROUGH THEIR ATTORNEYS OF RECORD, AS FOLLOWS:

1. AIG Specialty's claims against Accellion should be dismissed, with prejudice.

2. Each party will bear its own attorneys' fees and costs.

IT IS SO STIPULATED AND AGREED TO BY COUNSEL OF RECORD:

Dated: December 19, 2022

*/s/ Chantel C. Wonder*
Chantel C. Wonder
Florida Bar No. 0087601
cwonder@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
Miami Tower
100 SE Second Street, Suite 3900
Miami, FL 33131
Tel: (Direct) (305) 428-5309

Katherine A. Musbach (*Pro Hac Vice*)
kmusbach@grsm.com
Scott L. Schmookler (*Pro Hac Vice*)
sschmookler@grsm.com
Emily Miller (*Pro Hac Vice*)
emiller@grsm.com
GORDON REES SCULLY
MANSUKHANI, LLP
One North Franklin, Suite 800
Chicago, IL 60606
Tel: (312) 980-6798

***Counsel for Plaintiff AIG Specialty Insurance Company***


   */s/Mitchell E. Widom*
Mitchell E. Widom
Benjamin A. Mitchel
BILZIN SUMBERG BAENA
PRICE & AXELROD LLP
1450 Brickell Ave, Suite 2300
Miami, Florida 33131-3456
Tel: (305) 375-6127
mwidom@bilzin.com
bmitchel@bilzin.com

***Counsel for Defendant Accellion, Inc.***

2

## **ORDER**

Pursuant to the stipulation between AIG Specialty and Accellion, the Action is hereby dismissed, with prejudice. Each party will bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: _____                            _____
                                                                                       United States District Judge