UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 22-20272-CIV-GRAHAM

AIG SPECIALTY INSURANCE COMPANY,

   Plaintiff

vs.

ACCELLION, INC.,

   Defendant.
_____/

**ORDER DISMISSING CASE WITH PREJUDICE**

    **THIS CAUSE** came before the Court upon the parties' Stipulated Order of Dismissal with Prejudice [ECF No. 90]. Based thereon, it is hereby

    **ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice**, each party baring its own fees and costs. It is further

    **ORDERED AND ADJUDGED** that this case is **CLOSED** and any pending motions are **DENIED as moot**.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of December, 2022.

                                                    s/Donald L. Graham
                                                    DONALD L. GRAHAM
                                                    UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record